HARRY BAKER et al., as Stockholders of TUBULAR TEXTILE MACHINERY CORPORATION, Appellants and Respondents, *v.* SAMUEL COHN et al., Respondents and Appellants.

Argued January 12, 1944; decided March 2, 1944.

*Joseph M. Proskauer* and *J. Alvin Van Bergh* for Samuel Cohn and others, defendants, respondents and appellants.

*Bernard W. Cohen* for Tubular Textile Machinery Corporation, defendant, respondent and appellant.

*Edward Lazansky, David Haar, Morris Kirschstein* and *Louis Jersawit* for plaintiffs, appellants and respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.